391 A.2d 989
COMMONWEALTH of Pennsylvania

v.

Leonard E. ANDREWS, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 19, 1978.

Decided Sept. 22, 1978.

Stephen L. Dugas, Asst. Public Defender, Ronald P. Rusinak, Ebensburg, for appellant.

D. Gerard Long, Dist. Atty., Ralph F. Kraft, Ebensburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

The order of the Superior Court is reversed [248 Pa.Super. 1, 373 A.2d 459], the judgments of sentence are vacated, and the record is remanded to the trial court for consideration in light of *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).